UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                         CHAPTER 13
SHAWNA LEE RODARTE              CASE:  15-24071 EEB

RANDON NORMAN RODARTE

**DEBTORS**

---

## NOTICE PURSUANT TO L.B.R. 9013-1 OF CHAPTER 13 TRUSTEE'S OBJECTION TO PROOF OF CLAIM

---

## OBJECTION DEADLINE: January 4, 2019.

   **YOU ARE HEREBY NOTIFIED** that the Chapter 13 Trustee has filed a Motion to Determine Treatment of Claim #10 filed by UNITED CONSUMER FINANCIAL SERV, with the Bankruptcy Court and requests the following relief:  Order Granting Chapter 13 Trustee's Motion to Determine Treatment of Claim #10 filed by UNITED CONSUMER FINANCIAL SERV.

   If you oppose the Motion or object to the requested relief, your response and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

   In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATE:  November 28, 2018

                                                                  BY:/s/ Adam M. Goodman
                                                                  Adam M. Goodman
                                                                  Standing Chapter 13 Trustee
                                                                  P.O. Box 1169
                                                                  Denver, CO  80201
                                                                  tel 303 830-1971
                                                                  fax 303 830 1973
                                                                  agoodman@ch13colorado.com