UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| SHAWNA LEE RODARTE | CASE:  15-24071  EEB |
| RANDON NORMAN RODARTE, | |
| DEBTOR(S) | |

### CHAPTER 13 TRUSTEE'S WITHDRAWAL OF MOTION TO DETERMINE TREATMENT

COMES NOW, Adam M. Goodman, Standing Chapter 13 Trustee, and files this Withdrawal of Motion to Determine Treatment. The issues presented have been resolved.

Dated:  December 11, 2018

    Respectfully submitted,

    _/s/ Adam M. Goodman_____
    Adam M. Goodman
    Standing Chapter 13 Trustee
    1888 Sherman Street, Suite 750
    Denver, Colorado 80203
    (303) 830-1971 phone
    (303) 830-1973 facsimile
    agoodman@ch13colorado.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Withdrawal of Motion to Determine Treatment was placed in the U.S. Mail, postage prepaid on or delivered electronically via CM/ECF December 11, 2018 addressed as follows:

**Shawna Lee Rodarte**
Randon Norman Rodarte
1526 S. Hoyt Street
Lakewood, CO 80232


VIA CM/ECF
Larry D. Brown

    /s/ Anne DeWitt
    Chapter 13 Staff Member